# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL AARON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF LOWELL, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 21-10400-DJC |

## ORDER

**CASPER, J.**                                                                              **May 4, 2021**

On March 8, 2021, Paul Aaron ("Aaron"), an inmate in custody at FCI Danbury, filed a complaint using a model form for pro se litigants. D. 1. The Clerk opened a new civil action and the case was randomly assigned to the undersigned judicial officer. D. 2.

The Court's records indicate that Aaron has a similar action now pending. See Aaron v City of Lowell, et al., No. 20-11604-ADB. On February 21, 2021, Aaron was directed to file in the pending 2020 action a second amended complaint. Id.

It appears Aaron intended to file his complaint in the pending 2020 action. It was not filed in the pending action because Aaron failed to include the case number in the case caption.

Accordingly, the Clerk is directed to re-file this document as Aaron's second amended complaint in Aaron v City of Lowell, et al., No. 20-11604-ADB and to close this action.

**SO ORDERED.**

/s/ Denise J. Casper
Denise J. Casper
United States District Judge